IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MIKE OWEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 2:21-CV-11814 |
| | ) | Hon. Victoria A. Roberts |
| KALMBACH MEDIA CO., | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Plaintiff Mike Owen and Defendant Kalmbach Media Co. ("Kalmbach," together with Plaintiff, the "Parties") state as follows:

1. Plaintiff filed this action on August 5, 2021 (ECF No. 1).

2. Kalmbach filed a motion to dismiss on January 10, 2022 (ECF No. 14), and Plaintiff filed a response to the motion to dismiss on March 2, 2022 (ECF No. 16).

3. On March 31, 2022, at the request of the Parties, the Court entered a stipulated Order staying the case pending mediation (ECF No. 17).

4. The Order required the Parties to file a joint status report once they had selected a mediator and a mediation date.

5. In accordance with that Order, the Parties submit this Joint Status Report to inform the Court that they will be mediating before Hon. James F. Holderman of JAMS on May 26, 2022.

6. The Parties will file a subsequent status report with this Court within five (5) business days following the mediation.

Dated: May 4, 2022 Respectfully submitted,

/s/*Philip L. Fraietta (with permission)*
Philip L. Fraietta
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Frank S. Hedin
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com

*Attorneys for Plaintiff*

/s/*Kristen C. Rodriguez*
Natalie J. Spears
Kristen C. Rodriguez
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
natalie.spears@dentons.com
kristen.rodriguez@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48226
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                             /s/ *Kristen C. Rodriguez*
                                              Kristen C. Rodriguez