# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MIKE OWEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>KALMBACH MEDIA CO.,<br><br>          Defendant. | Case No.:  2:21-cv-11814-VAR-KGA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mike Owen hereby dismisses with prejudice all claims against Defendant Kalmbach Media Co.

Dated:  New York, New York
          July 7, 2022

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*
         Philip L. Fraietta

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
            pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL  33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email:  fhedin@hedinhall.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

*Attorneys for Plaintiff*