UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mike Owen,

    Plaintiff,

v.                                                    Case No.: 21-11814
                                                    Honorable Victoria A. Roberts

Kalmbach Media Co.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #19)

**IT IS ORDERED** that this matter is dismissed with prejudice.

                                                      s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United State District Judge

Dated: 7/8/2022